**CORRECTED**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20554
Summary Calendar
_____


ADELA SPLAWN,

                                              Plaintiff-Appellant,

                            versus

KENNETH S. APFEL, COMMISSIONER OF
SOCIAL SECURITY,

                                               Defendant-Appellee.
_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. H-96-CV-775
_____
March 17, 1998
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Adela Splawn appeals from the district court's judgment affirming the denial of her application for supplemental security income. She argues that substantial evidence did not exist to support the finding that she was not disabled, and that there were errors of law made while determining her disability status. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stated by the district court.  See Splawn v. Chater, No. 96-775
(S.D. Tex. June 12, 1997).

A F F I R M E D.